# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

## REHEARING ACTION: January 27, 2016

**Docket Number: 15   00217-WCA**

**VIEL OLIVIER**
**VERSUS**
**OLIVIER BUILDERS**

**Appealed from Office of Workers' Compensation - # 4 Case No. 06-03499**

<u>**BEFORE JUDGES**</u>:

      **Hon. Ulysses Gene Thibodeaux**
      **Hon. John D. Saunders**
      **Hon. Marc T. Amy**
      **Hon. Shannon J. Gremillion**
      **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Viel Olivier** has this day been

      **DENIED.**
      Thibodeaux, C.J., would grant the rehearing.
      Saunders, J., would grant the rehearing.

cc: Mark Alfred Ackal, Counsel for the Appellee